**ORIGINAL**



FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 1 3 2021

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULTURE BERMUDEZ AKA "COACH DA GHOST" AND NUIVAL VASQUEZ AKA "ENVY CAINE" | Criminal Indictment<br><br>No. 1:21-CR-0261<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

### Count 1

On or about August 24, 2020, in the Northern District of Georgia, the defendant, CULTURE BERMUDEZ aka "COACH DA GHOST", knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including at least one of the following:

- Assault in the first degree: intent to cause serious injury with a weapon on or about August 3, 2015, in the Supreme Court of Kings County, New York;

- Criminal possession of a loaded firearm, on or about July 25, 2011, in the Supreme Court of Kings County, New York; and

- Attempted assault in the first degree to cause serious injury with a weapon on or about July 25, 2011, in the Supreme Court of Kings County, New York;

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, an Arsenal SAM7K 7.62 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about August 24, 2020, in the Northern District of Georgia, the defendant, NUIVAL VASQUEZ aka "ENVY CAINE", knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including at least one of the following:

- Attempted criminal possession of a weapon, in the second degree, on or about September 25, 2012, in the Supreme Court of Kings County, New York

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, a Mossberg Model 88, 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

Upon conviction of the offense alleged in this Indictment, the defendants, CULTURE BERMUDEZ and NUIVAL VAZQUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offense alleged.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A _____True_____ BILL

_____FOREPERSON_____

KURT R. ERSKINE
*Acting United States Attorney*

MATT CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181